IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00250-GCM

| CONSTANCE L. JOHNSON, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| NATIONAL GOVERNORS ASSOCIATION, | |
| Defendant. | |

This matter is before the Court *sua sponte*. The *pro se* Plaintiff filed this Complaint on May 26, 2021. The Court has reviewed the Complaint, and it appears that the Complaint is frivolous on its face and fails to state a claim upon which relief can be granted. Accordingly,

**IT IS THEREFORE ORDERED** that the Complaint is hereby dismissed with prejudice.

Signed: June 8, 2021

Graham C. Mullen
United States District Judge