# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Constance L. Johnson, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:21-cv-00250-GCM |
| vs. | |
| National Governors Association, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 9, 2021 Order.

June 9, 2021

Frank G. Johns, Clerk
United States District Court